**Motion for Rehearing Granted, Memorandum Opinion filed September 16, 2014, Withdrawn, Appeal Reinstated, and Order filed October 23, 2014**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-14-00512-CV

————————

### MOHAMMED A. JAFAR, MOHAMMED M. CHOWDHURY AND ABDUS SOBHAN, Appellants

### V.

### SERAJ MOHAMMED, Appellee

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-10417**

## ORDER

On September 16, 2014, this court issued an opinion dismissing this appeal. On October 1, 2014, appellants filed a motion for rehearing. The motion is granted.

This court's opinion filed September 16, 2014, is withdrawn, and our judgment of that date is vacated. The appeal is ordered reinstated.

Appellants are ordered to pay the filing fee in the amount of $195.00 to the clerk of this court on or before **November 15, 2014.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Donovan.